# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                   4:14CR00211-16 DPM

GABRIEL ELLINGTON

## ORDER

For the reasons stated at the conclusion of the November 26, 2014 Revocation Hearing, the Government's Motion to Revoke Pretrial Release (*doc. 235*) is DENIED.

Defendant's Conditions of Release (*doc. 90*) are MODIFIED to require him to participate in inpatient drug treatment, to be followed with chemical-free living until the final disposition of all charges in this case. Defendant shall also participate in mental health counseling.

Defendant will remain in custody until inpatient bed space is available, at which time his parents shall transport him directly to the drug treatment facility.

IT IS SO ORDERED this 26th day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE