**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                                                            NO. 4:14-CR-00211-16 DPM

GABRIEL ELLINGTON

## ORDER

Pending before the Court is a motion for issuance of a summons and revocation of pretrial release (d.e. #369).  For good cause shown, the motion for issuance of a summons is **GRANTED**.  The Clerk is directed to issue a summons to Defendant Gabriel Ellington for appearance at a hearing before United States Magistrate Judge J. Thomas Ray on June 19, 2015, at 11:00 a.m. to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 18th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE